NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE YOUNG, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **JUDGMENT ORDER** |
| v. | Civil Action No. 10-2608 (DMC)(JAD) |
| THE WACKENHUT CORPORATION, | |
| Defendant. | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter having come before the Court upon the Motion of Plaintiff Jacqueline Young ("Plaintiff") for Summary Judgment, and upon the Motion of Defendant The Wackenhut Corporation ("TWC") for Summary Judgment (ECF Nos. 22, 23), and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this ___/___ day of February, 2013;

**ORDERED** that Plaintiff's Motion is **granted**, and it is further;

**ORDERED** that Defendant's Motion is **denied**, and it is further;

**ORDERED** that both parties submit further proof as to damages, in the form of certifications or affidavits within 14 days.

Dennis M. Cavanaugh, U.S.D.J.

cc:   All Counsel of Record
      Hon. Joseph Disckson, U.S.M.J.
      File