NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CLOSED**

---

JACQUELINE YOUNG,

    Plaintiff,

    v.

THE WACKENHUT CORPORATION,

    Defendant.

---

:
:
:
:
:
:
:
:
:
:
:

**Hon. Dennis M. Cavanaugh**

## AMENDED JUDGMENT ORDER

Civil Action No. 10-2608 (DMC)(JAD)

---

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>

    This matter having come before the Court pursuant to the Court's request that the parties submit proof as to the damages suffered by Plaintiff Jacqueline Young ("Plaintiff"), and the Court having considered the parties' submissions;

    **WHEREAS** the Affidavit submitted by Plaintiff's counsel states that Plaintiff has lost $114,524.67 in back pay due to wrongful termination by Defendant The Wackenhut Corporation ("Defendant");

    **WHEREAS** Defendant's Affidavit does not address the monetary damages that Plaintiff has sustained, but rather, is an improperly filed declaration asking the Court to reconsider its decision as to the cross-motions for summary judgment that were addressed in the Court's February 1, 2012 Opinion and Order;

    **WHEREAS** this Court will not entertain Defendant's request for reconsideration, as it was improperly filed and is not in accordance with L. CIV. R. 7.1(i);

    IT IS on this _____ day of July, 2013;

**ORDERED** that the Court amends its Judgment Order (ECF No. 32), awarding Plaintiff

$114,524.67 in lost wages pursuant to 29 U.S.C. § 2617(a)(1)(A)(i)(I); and it is further

**ORDERED** that the Clerk of the Court is instructed to close this case.

Dennis M. Cavanaugh, U.S.D.J

Original:      Clerk
cc:            All Counsel of Record
               Honorable Joseph A. Dickson, U.S.M.J.

2