JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960-6834
(973) 538-6890

ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------x

| | |
|---|---|
| JACQUELINE YOUNG, | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | Hon. Joseph A. Dickson, U.S.M.J. |
| -vs.- | Civil Action No. 10-2608 (DMC/JAD) |
| THE WACKENHUT CORPORATION, | **STIPULATION AND ORDER VACATING THE JULY 8, 2013 JUDGMENT** |
| Defendant. | |

**THIS MATTER** being presented to the Court on the joint application of Plaintiff Jacqueline Young and Defendant The Wackenhut Corporation, for an Order vacating the Amended Judgment Order entered on July 8, 2013 in the captioned case as the parties resolved this matter, and the Court having read and considered the joint request, and for good cause shown;

**IT IS ON** this 21 day of Aug 2013,

**ORDERED** that the parties' request for vacatur of the Court's July 8, 2013 Amended Judgment Order is hereby granted due to the resolution reached between the parties and as such, judgment is hereby vacated; and it is further

**ORDERED** that a copy of this Order be served on all counsel of record within

seven (7) days of its receipt by counsel for Defendant.

**AGREED TO BY:**

CASTRONOVO & MCKINNEY, LLC
71 Maple Avenue
Morristown, NJ  07960

_____
Thomas A. McKinney, Esq.
Counsel for Plaintiff

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960

_____
John K. Bennett
Carla D. Macaluso
Counsel for Defendant

**SO ORDERED:**

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.

162295 Stipulation Order (final).doc
4820-5832-1173, v. 1